UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **PABRINY THORNTON,** § § § § Plaintiff, § § v. § § **NEHLS FOR CONGRESS,** § § § Defendant. § § | Civil Action No.: 4:21-cv-472 JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PERSONS

To the best of Plaintiff's knowledge, the only persons subject to disclosure are Plaintiff, Pabriny Thornton, her undersigned counsel, and Defendant. Upon information and belief, Defendant is not a publicly held company.

DATED: 2/11/2021

                                          /s/ Amy L. Bennecoff Ginsburg
                                          Amy L. Bennecoff Ginsburg
                                          Attorney-in-Charge for Plaintiff
                                          Pennsylvania Bar No. 202745
                                          Federal Bar No. 1477508
                                          Kimmel & Silverman, P.C.
                                          30 East Butler Pike
                                          Ambler, Pennsylvania 19002
                                          Phone: (215) 540-8888
                                          Facsimile: (877) 788-2864
                                          Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on February 11, 2021, I electronically filed the foregoing document with clerk of the U.S. District Court, Southern District of Texas using the electronic case filing system of the court.

DATED:  2/11/2021

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg
Attorney-in-Charge for Plaintiff
Pennsylvania Bar No. 202745
Federal Bar No. 1477508
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com