AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

PABRINY THORNTON

*Plaintiff*

v.

NEHLS FOR CONGRESS

*Defendant*

Civil Action No. 4:21-cv-472

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEHLS FOR CONGRESS
Freedom Hall
1612 Crabb River Road
Richmond, Texas 77469

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, *Clerk of Court*

Date: February 17, 2021

s/ *Ruth Guerrero*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-472

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nehls for Congress
was received by me on *(date)* 3/19/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* George Husted, who is designated by law to accept service of process on behalf of *(name of organization)* Nehls for Congress on *(date)* 3/22/2021 at 10:15 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/22/2021

*Erika Cremeans*
Server's signature

Erika M. Cremeans - Process Server
Printed name and title

**2862 Johnstown Rd.
Columbus, OH 43219**
Server's address

Additional information regarding attempted service, etc:
Served at 75 S. High St. Ste 4
Dublin, OH 43017