UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Pabriny Thornton

v.  Case Number: 4:21−cv−00472

Nehls for Congress

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/9/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   September 7, 2021

Nathan Ochsner, Clerk