# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| PABRINY THORNTON, <br> Plaintiff | § <br> § <br> § <br> § **Case No.: 4:21-cv-00472 H** <br> § |
| v | § <br> § |
| NEHLS FOR CONGRESS, <br> Defendant | § <br> § <br> § <br> § |

## STIPULATION OF DISMISSAL

AND NOW, pursuant to Federal Rule of Procedure 41, Plaintiff Pabriny Thornton and

Defendant Nehls for Congress hereby stipulate to the dismissal of this matter with each party

bearing its own fees and costs.


SO STIPULATED:

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Pave.
Ambler, PA 19002
Tel: 215.540.8888
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

*/s/ Austin Whately*
Austin Whately, Esq.
Najvar Law Firm
2180 North Loop West, Ste. 255
Houston TX 77018
Tel: (281) 410-2003
austin@najvarlaw.com


Dated: September 7, 2021