Case 4:21-cv-00472   Document 18   Filed on 09/15/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PABRINY THORNTON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-472 |
| § | |
| NEHLS FOR CONGRESS, § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal filed on September 7, 2021 (Doc. No. 17), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party will bear its own fees and expenses.

SIGNED at Houston, Texas, this 15th day of September 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE